```
                                                              FILED
                                                           July 8, 2010
         UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,   )
                            )      Case No. MAG. 10-00195-EFB
            Plaintiff,      )
v.                          )
                            )      ORDER FOR RELEASE OF
BENJAMIN SUBER,             )      PERSON IN CUSTODY
            Defendant.      )
                            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BENJAMIN SUBER, Case No. MAG. 10-00195-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $20,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other)   The Court ordered the Defendant to appear on 07/30/10 at 1:30 p.m. in Courtroom 7E at the United States District Court for the Western District of Missouri.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07-08-10  at  2:41 p.m.

By   /s/ Edmund F. Brennan
     Edmund F. Brennan
     United States Magistrate Judge